```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

Paul Dixon d/b/a 7-Eleven 32996 B

    v.                                    Civil No. 13-cv-181-JD

7-Eleven, Inc.

                              PROCEDURAL ORDER

On May 23, 2013, 7-Eleven, Inc. ("7-Eleven") filed a Motion for an Order of Seizure (Replevin) and Request for Temporary Restraining Order Pending a Ruling on Defendant's Motion ("Motion for Replevin"), seeking to recover all merchandise at 7-Eleven Store 32996B.  On May 31, 2013, the court (Barbadoro, J.) held a hearing on the Motion for Replevin.  Counsel for both parties represented to the court that they had reached an agreement concerning the substance of the motion, and 7-Eleven withdrew the motion.  7-Eleven subsequently filed a "Motion to Enforce Stipulation Regarding Ownership and Control of Store," seeking to enforce an unsigned stipulation which 7-Eleven asserts memorializes the terms of the agreement reached concerning the Motion for Replevin.

The court expects counsel and the parties to resolve this matter and inform the court of the result.  In the event that this matter cannot be resolved, a hearing will be held before the magistrate judge with counsel and the parties present.  Counsel

and the parties are placed on notice that if after the hearing the magistrate determines that any counsel or any party has acted unreasonably in resolving this matter, appropriate sanctions will be imposed.

    SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

August 8, 2013

cc:   Stanley A. Martin, Esquire
      Susan V. Metcalfe, Esquire
      Stephen W. Wight, Esquire